REPORTER'S LETTER

May 27, 2025

Re: Trial Cause No. 493-01132-2023

Court of Appeals No.  05-25-00295-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 10:13:31 AM
CHRISTOPHER A. PRINE
Clerk

Trial Court Style:  Frisco Summit, LP, and Frisco Summit, LP, Derivatively on Behalf of Frisco Multifamily Land Partners, LP, Plaintiffs v. Frisco Multifamily Land GP, LLC, Carleton Development Ltd., GH Southwest II, Inc., Frisco Summit I, LP, Frisco Summit I GP, LLC, Salt River Capital, Inc., Frisco Summit II, LP, Frisco Summit II GP, LLC, Printice L. Gary, Jeffrey D. Fulenchek, and Neal R. Hildebrandt, Defendants.

To whom it may concern:

Due to the caseload of work in this court, I am writing to request an extension of 30 days' time for the record in the above referenced matter.

If you should have any questions, please feel free to contact me at alboyd@co.collin.tx.us

Sincerely,

/s/ Ashley Boyd, CSR #11998
Official Court Reporter
493rd Judicial District Court
2100 Bloomdale Road
McKinney, Texas 75071
Collin County, Texas
Work: 214-491-4873
Cell: 626-421-8629